**IN the ESTATE OF Mary KIRCHOFF, Deceased**

**No. ED 104068**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: April 4, 2017

Rehearing Denied May 16, 2017

Clinton B. Roberts, Farmington, MO, for Appellant. Neil G. Beachem, St. Louis, MO, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

**3.** Or, for that matter, as Judge Bush similarly asserts. *See* 63 J. Mo. Bar at 69–70.

**1.** Two motions have been filed on appeal: Defendants have filed a motion to dismiss Plaintiff's brief, and Plaintiff has filed a motion for attorney's fees on appeal. Both motions have been taken with the case. We deny Defendants' motion to dismiss Plaintiff's brief. However, we grant Plaintiff's motion for attorney's fees on appeal in the amount of

## ORDER

### PER CURIAM.

Mary Hutchison and Bethsheba Nolan (collectively "Defendants") appeal the judgment awarding their sibling Kenneth Kirchoff ("Plaintiff") $65,604 in attorney's fees. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).[1]

$10,000. *See* section 456.10–1004 RSMo Supp. 2005 (authorizing a court to award reasonable attorney's fees to a party in a judicial proceeding involving the administration of a trust when justice and equity require such an award); *see also Kirchoff v. Hutchison*, 403 S.W.3d 109, 111, 114 (Mo. App. E.D. 2013) (granting Plaintiff's motion for attorney's fees on appeal in a previous appeal filed by Defendants).